```
McGREGOR W. SCOTT
United States Attorney
KURT A. DIDIER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2750
```

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVE GRAVES, ) | No. CIV S-05-01661 FCD GGH |
| Plaintiff, ) | |
| v. ) | ORDER TO MODIFY THE (PRETRIAL SCHEDULING) ORDER |
| UNITED STATES OF AMERICA, ) | |
| Defendant. ) | |

Defendant the United States of America hereby moves for an order modifying the Scheduling Order to change the Motion Hearing Schedule (Paragraph VI) as follows: the last day for hearing on all dispositive motions shall be March 2, 2007 vice the current date of February 23, 2007.  Defendant requests the change as the Court will be dark during the month of February.

The Scheduling Order will otherwise remain unchanged.

Plaintiff does not oppose this motion.

///

///

///

1

```
                                Respectfully submitted,

Dated: December 26, 2006        McGREGOR W. SCOTT
                                UNITED STATES ATTORNEY



                          By:   _____
                                KURT A. DIDIER
                                ASSISTANT UNITED STATES ATTORNEY
```

    IT IS SO ORDERED.

Dated: December 28, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE