UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

OLIVE M. GRAVES,

        Plaintiff,

    v.

UNITED STATES OF AMERICA,

        Defendant.

NO. CIV. S-05-1661 FCD GGH

<u>ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS</u>

----oo0oo----

    1.   The hearing on Defendants' Motion to Dismiss is continued to March 16, 2007 at 10:00 a.m.  Plaintiff shall file and serve her opposition brief or notice of non-opposition no later than March 2, 2007.  The Defendant may file and serve a reply on or before March 9, 2007.

    2.   Plaintiff's counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendant's motion in compliance with Local Rule 78-230(c).

///

        3.   Plaintiff's counsel shall file his response to the
order to show cause on or before March 2, 2007.
        4.   A hearing on the order to show cause will follow the
hearing on the Motion to Dismiss.
        IT IS SO ORDERED.
DATED: February 20, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE