1 | Stephen A. Cain, CDSBN 111049
Attorney at Law
2 | 1101 Standiford Avenue, Suite D-2
Modesto, California 95350
3 | Telephone: (209) 567-1300
Fax: (209) 567-1304

Attorney for Plaintiff
OLIVE GRAVES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| OLIVE GRAVES, | ) | CASE NO. 2:05-CV-01661-FCD-GGH |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| vs. | ) | SUBSTITUTION PARTY |
| UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF AGRICULTURE FOREST SERVICE, | ) | |
| Defendants. | ) | |

The parties to this action, through their respective attorneys of record, stipulate as follows:

1. Olive Graves is no longer a part to this action by reason of her death on December 9, 2006.

2. Gay Graves, Trustee of the Olive Graves Family Trust is substituted as a party to this action in place of Olive Graves, the deceased party identified in paragraph (1).

Dated: March 6, 2007

/s/ Stephen A. Cain
Stephen A. Cain
Attorney for Plaintiff

Dated: March 8, 2007

/s/ Kurt A. Didier
Kurt A. Didier
Attorney for Defendants

**ORDER**

IT IS SO ORDERED.

Dated: March 9, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE